**Order entered February 14, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00963-CV

## IN THE MATTER OF D.J., A JUVENILE

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-20-00931-X**

## ORDER

The reporter's record in this appeal, or written verification no hearings were recorded, has not been filed despite three directives that it be filed. Our first directive set December 4, 2021 as the deadline; our second and third directives set January 4 and February 2, 2022, respectively, as the deadlines. A voice message to the reporter, Pamela Sumler, concerning the status of the record has not been returned, and she has not otherwise communicated with the Court.

Because this appeal cannot proceed without the reporter's record or requested verification, and the reporter has had more than sixty days to respond and communicate with the Court, we **ORDER** Ms. Sumler, Official Court

Reporter for the 305th Judicial District Court, to file the record or requested verification **no later than February 24, 2022.** As appellant is represented by appointed counsel, any record shall be filed without payment of costs.

*We caution Ms. Sumler that failure to comply may result in an order that she not sit as a reporter until the record is filed.*

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Cheryl Lee Shannon, Presiding Judge of the 305th Judicial District Court; Ms. Sumler; and, the parties.

/s/    BONNIE LEE GOLDSTEIN
          JUSTICE